**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00012-CR**
_____

**SHAUN MICHAEL ZILLS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-06-06950-CR**

**MEMORANDUM OPINION**

On November 21, 2014, the trial court sentenced Shaun Michael Zills on a conviction for fraudulent use of identifying information. Zills filed a notice of appeal on January 2, 2015. The trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On January 9, 2015, we notified the parties that we would dismiss the appeal unless the appellant established grounds for

1

continuing the appeal. No response has been filed. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on February 10, 2015
Opinion Delivered February 11, 2015
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.

2